No. 540. CARROLL, EXECUTOR, ET AL. *v.* NEW YORK LIFE INSURANCE CO. December 18, 1939. Petition for

writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. W. McAfee* for petitioners. No appearance for respondent.